## Clarion County Poor District *v.* Summerville, Appellant.

Argued Oct. 18, 1907. Appeals, Nos. 134, 135 and 136, Oct. T., 1907, from order of C. P. Clarion Co., Feb. T., 1906, No. 148, discharging rule to set aside auditors' report and strike off judgment against county commissioners in case of Clarion County Poor District v. J. A. Summerville, G. W. Texter and J. S. Saxton. Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Reversed.

OPINION BY MR. JUSTICE BROWN, March 2, 1908:

For the reasons given in the opinion this day filed for re-

versing the judgments appealed from, ante, p. 148, the order of the court below in discharging the rule to show cause why the judgment against these appellants should not be stricken from the record is reversed.   The judgment is stricken from the record, the costs below and on this appeal to be paid by the appellee.